**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Center City Healthcare, LLC d/b/a Hahnemann | ) | Case No. 19-11466 (MFW) |
| University Hospital, *et al.*, | ) | |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

| | | |
|---|---|---|
| Center City Healthcare, LLC d/b/a Hahnemann | ) | |
| University Hospital, and St. Christopher's | ) | |
| Healthcare, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proc. No. 21-51273 (MFW) |
| v. | ) | |
| | ) | |
| Shades of Green, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| Center City Healthcare, LLC d/b/a Hahnemann | ) | |
| University Hospital, Philadelphia Academic Health | ) | |
| System, LLC, St. Christopher's Healthcare, LLC, | ) | |
| Philadelphia Academic Medical Associates, LLC, | ) | |
| HPS of PA, L.L.C., SCHC Pediatric Associates, | ) | |
| L.L.C., St. Christopher's Pediatric Urgent Care | ) | |
| Center, L.L.C., SCHC Pediatric Anesthesia | ) | |
| Associates, L.L.C., StChris Care at Northeast | ) | |
| Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, | ) | |
| L.L.C., TPS III of PA, L.L.C., TPS IV of PA, | ) | |
| L.L.C. and TPS V of PA, L.L.C., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 21-50912 (MFW) |
| | ) | |
| HRE Capital, LLC f/k/a Healthcare Real Estate | ) | |
| Capital, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

[1]	The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 N. Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 31, 2022 AT
10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE
HONORABLE MARY F. WALRATH, U.S. BANKRUPTCY COURT JUDGE**

---

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJItdOyhpz0rHyVpkoC_1Jtiw_NM1EAqzJ8**

**After registering your appearance by Zoom, you will receive a confirmation email containing
log-in formation for the hearing.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON MARCH 31, 2022**

---

**RESOLVED MATTERS:**

1.      **[REDACTED]** Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Enter
into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and
(II) Granting Related Relief [Docket No. 2916; filed: 10/04/21]

   Response Deadline:   October 18, 2021 at 4:00 p.m.; extended for the Committee to
   October 20, 2021 at 4:00 p.m.

   Responses Received:

   A.      Limited Response of the Official Committee of Unsecured Creditors [Docket No.
   2967; filed: 10/20/21]

   Related Documents:

   B.      **[FILED UNDER SEAL]** Motion of Debtors for Entry of an Order
   (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation
   Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief [Docket
   No. 2937; filed: 10/11/21]

   C.      Certification of Counsel Regarding Proposed Order Granting Motion of Debtors
   for Entry of an Order (I) Authorizing Debtors to Enter into Assignment,
   Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II)
   Granting Related Relief [Docket No. 3706; filed: 03/11/22]

D.    Order (I) Authorizing Debtors to Enter into Assignment, Assumption and Novation Agreement Pursuant to 11 U.S.C. § 363 and (II) Granting Related Relief [Docket No. 3710; signed and docketed: 03/14/22]

Status: On March 14, 2022, the Court entered an order approving this motion.

2.    Motion of Debtors for Approval of Settlement of Preference Claims against Colorplast Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3492; filed: 01/21/22]

Response Deadline:  February 4, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 3555; filed: 02/07/22]

B.    Order Approving Settlement of Preference Claims against Colorplast Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3561; signed and docketed: 02/08/22]

Status: On February 8, 2022, the Court entered an order approving this motion.

3.    Motion of Debtors for Approval of Settlement of Preference Claims against Germain & Company, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3493; Adversary No. 19; filed: 01/21/22]

Response Deadline:  February 4, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 3556; Adversary No. 20; filed: 02/07/22]

B.    Order Approving Settlement of Preference Claims against Germain & Company, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3562; Adversary No. 21; signed and docketed: 02/08/22]

Status: On February 8, 2022, the Court entered an order approving this motion.

4.    Motion of Debtors for Approval of Settlement of Preference Claims against Specialtycare, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3494; Adversary No. 19; filed: 01/21/22]

Response Deadline:  February 4, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 3558; Adversary No. 20; filed: 02/07/22]

B.    Order Approving Settlement of Preference Claims against Specialtycare, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3563; Adversary No. 21; signed and docketed: 02/08/22]

Status: On February 8, 2022, the Court entered an order approving this motion.

5.    Motion of Debtors for Approval of Settlement of Preference Claims against Physician and Tactical Healthcare Services, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3500; Adversary No. 18; filed: 01/21/22]

Response Deadline:  February 4, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 3559; Adversary No. 19; filed: 02/07/22]

B.    Order Approving Settlement of Preference Claims against Physician and Tactical Healthcare Services, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3564; Adversary No. 20; signed and docketed: 02/08/22]

Status: On February 8, 2022, the Court entered an order approving this motion.

6.    Motion of Debtors for Approval of Settlement of Preference Claims against Crothall Healthcare, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3515; filed: 01/28/22]

Response Deadline:  February 11, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.    Certification of No Objection [Docket No. 3584; filed: 02/14/22]

B.    Order Approving Settlement of Preference Claims against Crothall Healthcare, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3587; signed and docketed: 02/15/22]

Status: On February 15, 2022, the Court entered an order approving this motion.

7.      Motion of Debtors for Approval of Settlement of Preference Claims against Manhattan Telecommunications Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3517; filed: 01/28/22]

Response Deadline:  February 11, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3585; filed: 02/14/22]

B.      Order Approving Settlement of Preference Claims against Manhattan Telecommunications Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3588; signed and docketed: 02/15/22]

Status: On February 15, 2022, the Court entered an order approving this motion.

8.      Motion of Debtors for Approval of Settlement of Preference Claims against Philadelphia Gas Works Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3518; filed: 01/28/22]

Response Deadline:  February 11, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3586; filed: 02/14/22]

B.      Order Approving Settlement of Preference Claims against Philadelphia Gas Works Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3589; signed and docketed: 02/15/22]

Status: On February 15, 2022, the Court entered an order approving this motion.

9.      Motion of Debtors for Approval of Settlement of Preference Claims against Siemens Healthcare Diagnostics, Inc. and Siemens Medical Solutions USA, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3549; filed: 02/04/22]

Response Deadline:  February 18, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3621; filed: 02/22/22]

B.      Order Approving Settlement of Preference Claims against Siemens Healthcare Diagnostics, Inc. and Siemens Medical Solutions USA, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3624; signed and docketed: 02/23/22]

Status: On February 23, 2022, the Court entered an order approving this motion.

10.     Motion of Debtors for Approval of Settlement of Preference Claims against Olympus America, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3553; filed: 02/07/22]

Response Deadline:  February 21, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3626; Adversary No. 22; filed: 02/23/22]

B.      Order Approving Settlement of Preference Claims against Olympus America, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3630; Adversary No. 23; signed and docketed: 02/24/22]

Status: On February 24, 2022, the Court entered an order approving this motion.

11.     Motion of Debtors for Approval of Settlement of Preference Claims against FFF Enterprises Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3565; Adversary No. 18; filed: 02/08/22]

Response Deadline:  February 22, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.      Certification of No Objection [Docket No. 3627; Adversary No. 20; filed: 02/23/22]

B.      Order Approving Settlement of Preference Claims against FFF Enterprises Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3631; Adversary No. 21; signed and docketed: 02/24/22]

Status: On February 24, 2022, the Court entered an order approving this motion.

12.     Motion of Debtors for Approval of Settlement of Preference Claims against Philips Electronics North America Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3578; Adversary No. 18; filed: 02/10/22]

Response Deadline:  February 24, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.     Certification of No Objection [Docket No. 3636; Adversary No. 20; filed: 02/25/22]

B.     Order Approving Settlement of Preference Claims against Philips Electronics North America Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3637; Adversary No. 21; signed and docketed: 02/28/22]

Status: On February 28, 2022, the Court entered an order approving this motion.

13.     Motion of Debtors for Approval of Settlement of Preference Claims against Nuance Communications, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3583; Adversary No. 17; filed: 02/14/22]

Response Deadline:  February 28, 2022 at 4:00 p.m.

Responses Received:  None

Related Documents:

A.     Certification of No Objection [Docket No. 3641; Adversary No. 19; filed: 03/01/22]

B.     Order Approving Settlement of Preference Claims against Nuance Communications, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3642; Adversary No. 20; signed and docketed: 03/02/22]

Status: On March 02, 2022, the Court entered an order approving this motion.

14.     Motion of Debtors for Approval of Settlement of Preference Claims against Fortec Medical Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3608; filed: 02/17/22]

Response Deadline:  March 3, 2022 at 4:00 p.m.

Responses Received: None

Related Documents:

A.     Certification of No Objection [Docket No. 3660; filed: 03/04/22]

B.    Order Approving Settlement of Preference Claims against Fortec Medical Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Docket No. 3667; filed: 03/07/22]

Status: On March 7, 2022, the Court entered an order approving this motion.

**MATTERS GOING FORWARD:**

15.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief [Docket No. 3657; filed: 03/04/22]

Response Deadline:  March 10, 2022 at 12:00 p.m.

Responses Received:

A.    Reservation of Rights of HSRE-PAHH I, LLC and its Affiliates [Docket No. 3675; filed: 03/09/22]

B.    The City of Philadelphia's Limited Objection [Docket No. 3681; filed: 03/09/22]

Related Documents:

C.    Order Granting Motion for Expedited Consideration of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief [Docket No. 3665; filed: 03/07/22]

D.    Re-Notice of Hearing [Docket No. 3784; filed: 03/29/22]

E.    Notice of Filing of Form Loan Documents in Connection with Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Philadelphia Academic Health System, LLC to Make Secured Term Loan to Broad Street Entities Pursuant to 11 U.S.C. § 363 and 105(a) and (II) Granting Related Relief [Docket No. TBD; filed: 03/29/22]

Status: This matter is going forward.  To the extent necessary, the Debtors may present the testimony of Allen Wilen, the Debtors' CRO in support of the motion.  Mr. Wilen may refer to the exhibits attached to the motion or otherwise filed with the Court.  Mr. Wilen will be testifying from his home in New Jersey and will be alone.  Mr. Wilen will have a copy of the above-referenced pleadings during the hearing.  The Debtors are not presently aware of whether any parties intend to cross-examine Mr. Wilen.

**PRETRIAL CONFERENCES**

| Case No. | Defendant | Status |
|---|---|---|
| 21-51273 | Shades of Green, Inc. | On February 25, 2022, the Court entered a Pre-Trial Scheduling Order in this adversary case. |
| 21-50912 | HRE Capital, LLC f/k/a Healthcare Real Estate Capital, LLC | On March 4, 2022, the Court entered a Pre-Trial Scheduling Order in this adversary case. |

**STATUS CONFERENCE:**

The Debtors will present a status of the pending adversary actions in these cases.

    Related Documents:

A.    Second Interim Report With Respect to the Status of Avoidance Adversary Proceedings Pursuant to Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought By Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code [Docket No. 3623; filed: 02/23/22]

Status: Although the status of certain adversary proceedings have changed in routine ways since the filing of the status report on February 23, 2022, the Debtors submit there are only two significant updates to specifically note for the Court's attention: (i) First, in the McKesson Plasma & Biologics LLC *et al*. (21-50796) adversary proceeding, the Defendants' Motion to Dismiss has now been fully briefed (but not as yet set for a hearing); and (ii) Second, in the David Keith Butler, Sr. (21-50964) adversary proceeding, Defendant on March 7, 2022, filed a Motion to Reopen Adversary Proceeding, Set Aside Defaults and Vacate Default Judgment, the briefing in respect of which has not yet concluded.

9

Dated: March 29, 2022

**SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Mark Minuti*
        Mark Minuti (DE Bar No. 2659)
        John D. Demmy (DE Bar No. 2802)
        Matthew P. Milana (DE Bar No. 6681)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19801
        Telephone: (302) 421-6800
        mark.minuti@saul.com
        john.demmy@saul.com
        monique.disabatino@saul.com

           -and-

        Jeffrey C. Hampton
        Adam H. Isenberg
        Centre Square West
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        Telephone: (215) 972-7777
        Fax: (215) 972-7725
        jeffrey.hampton@saul.com
        adam.isenberg@saul.com

        *Counsel for Debtors and Debtors in Possession*